UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR622-014 |
| | ) | |
| SHAWN DEADRIAN THOMAS | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Johnny E. C. Vines** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Johnny E. C. Vines** be granted leave of absence for the following periods: March 24, 2025; April 4, 2025 through April 12, 2025; April 28, 2025; May 19, 2025; June 1, 2025 through June 9, 2025; June 23, 2025; July 28, 2025; August 4, 2025; August 25, 2025; September 22, 2025; October 1, 2025 through October 3, 2025; October 27, 2025; November 10, 2025; November 24, 2025 through November 28, 2025; December 8, 2025; December 19, 2025 through January 5, 2026.

**ORDERED**, this the 13th day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA